**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Bk. No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,
Debtor

Suzanne Mary Brown,
Plaintiff

Adv. No. 26-01039-KB

v.

Cornerstone Capital
Strategies, LLC, et al
Defendants

**ORDER**

On September 14, 2026, Debtor Suzanne Mary Brown (the "**Debtor**") filed a Motion for Temporary Restraining Order and a Motion for Preliminary Injunction (ECF No. 2) in the above-captioned Adversary Proceeding (the "**Motion**"). The Motion fails to comply with LBR 9013-1 as (1) the hearing time is not listed in the notice of hearing (LBF 7104-1), (2) the Certificate of Service does not indicate whether the Notice of Hearing was served on any parties, and (3) the proposed order included the wrong case caption. As a result, the Motion is denied without prejudice.

Date: 09/15/2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge