United States Bankruptcy Court
District of New Hampshire

Brown,
Plaintiff
Adv. Proc. No. 26-01039-KB
Cornerstone Capital Strategies, LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0102-1 User: admin Page 1 of 1
Date Rcvd: Sep 14, 2026 Form ID: 329 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| pla | + | Suzanne Mary Brown, P.O. Box 253, Errol, NH 03579-0253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Case No. 26−10757−KB
Chapter 13

Suzanne Mary Brown
Debtor(s).

Suzanne Mary Brown
Plaintiff

v.

Adv. No. 26−01039−KB

Cornerstone Capital Strategies, LLC,
Adams Equity Partners, LLC,
Eli Adams,
Louis Bachetti,
JSJ Auctions, LLC,
Carolyn K. Cole and
Eleanor Wm Dahar
Defendant

---

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk, U.S. Bankruptcy Court
55 Pleasant Street, Room 200
Concord, NH 03301

At the same time, you must also serve a copy of the motion or answer upon the pro se plaintiff.

Name and address of pro se plaintiff: Suzanne Mary Brown
P.O. Box 253
Errol, NH 03579

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

U.S. Bankruptcy Court
55 Pleasant Street
Concord, NH 03301

Courtroom: A
Date & Time: **November 18, 2026, at 1:30 P.M.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: September 14, 2026**

Kristie Trimarco
Clerk of Court
By: /s/ C. Craig
Deputy Clerk

Form CMpsum–329

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Case No. 26−10757−KB
Chapter 13

Suzanne Mary Brown
Debtor(s).

Suzanne Mary Brown
Plaintiff

v.

Adv. No. 26−01039−KB

Cornerstone Capital Strategies, LLC,
Adams Equity Partners, LLC,
Eli Adams,
Louis Bachetti,
JSJ Auctions, LLC,
Carolyn K. Cole and
Eleanor Wm Dahar
Defendant

---

## CERTIFICATE OF SERVICE

I, ______________________________(name), certify that service of this summons and a copy of the complaint was made ________________________(date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre−paid addressed to: [see attached list]

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________________________________ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: __________________________ ________________________________________________________

Signature

Print Name: ______________________________________________

Business Address: _________________________________________

__________________________________________________________

__________________________________________________________