United States Bankruptcy Court
District of New Hampshire

Brown,
Plaintiff
Cornerstone Capital Strategies, LLC,
Defendant

Adv. Proc. No. 26-01039-KB

# CERTIFICATE OF NOTICE

District/off: 0102-1 User: admin Page 1 of 2
Date Rcvd: Sep 15, 2026 Form ID: pdf724 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Adams Equity Partners, LLC, 1236 Par View Drive, Sanibel, FL 33957-6402 |
| dft | + | Carolyn K. Cole, ColeMyers, PLLC, 18 Bank Street, Lebanon, NH 03766-1730 |
| dft | + | Cornerstone Capital Strategies, LLC, 610 Clematis Street, Unit 432, West Palm Beach, FL 33401-5334 |
| dft | + | Eleanor Wm Dahar, Victor W. Dahar, P.A., 20 Merrimack Street, Manchester, NH 03101-2207 |
| dft | + | Eli Adams, 31 Wildwood Rd, Marshfield, MA 02050-1733 |
| dft | + | JSJ Auctions, LLC, 45 Exter Road, PO Box 400, Epping, NH 03042-0400 |
| dft | + | Louis Bachetti, 610 Clematis St., Unit 432, West Palm Beach, FL 33401-5334 |
| pla | + | Suzanne Mary Brown, P.O. Box 253, Errol, NH 03579-0253 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Suzanne Mary Brown,
Debtor

Bk. No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,
Plaintiff

Adv. No. 26-01039-KB

v.

Cornerstone Capital Strategies, LLC, et al
Defendants

**ORDER**

On September 14, 2026, Debtor Suzanne Mary Brown (the "**Debtor**") filed a Motion for Temporary Restraining Order and a Motion for Preliminary Injunction (ECF No. 2) in the above-captioned Adversary Proceeding (the "**Motion**"). The Motion fails to comply with LBR 9013-1 as (1) the hearing time is not listed in the notice of hearing (LBF 7104-1), (2) the Certificate of Service does not indicate whether the Notice of Hearing was served on any parties, and (3) the proposed order included the wrong case caption. As a result, the Motion is denied without prejudice.

Date: 09/15/2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge