# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re: Case No. 26−10757−KB
Chapter 13

Suzanne Mary Brown
Debtor(s).

Suzanne Mary Brown
Plaintiff

v. Adv. No. 26−01039−KB

Cornerstone Capital Strategies, LLC,
Adams Equity Partners, LLC,
Eli Adams,
Louis Bachetti,
JSJ Auctions, LLC,
Carolyn K. Cole and
Eleanor Wm Dahar
Defendant

---

## CERTIFICATE OF SERVICE

I, CATHERINE E. BROWN (name), certify that service of this summons and a copy of the complaint was made SEPTEMBER 21, 2026 (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre−paid addressed to: [see attached list]

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ____________________ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: SEPTEMBER 21, 2026 Catherine Brown

Signature

Print Name: CATHERINE E. BROWN

Business Address: MAINE DEPT. OF EDUCATION
BURTON CROSS STATE OFFICE BUILDING
AUGUSTA, MAINE 04333

**DEFENDANT UNITED STATES FIRST CLASS MAIL SERVICE LIST:**

1. CORNERSTONE CAPITAL STRATEGIES, LLC

c/o John E. Shekarchi, Esq., Registered Agent, 33 College Hill Road, Suite 15C, Warwick, RI 02886.

2. ADAMS EQUITY PARTNERS, LLC (f/k/a Adams Investments, LLC)

c/o Officer, Managing or General Agent, 1236 Par View Drive, Sanibel, FL 33957

3. ELI ADAMS, INDIVIDUALLY

31 Wildwood Rd, Marshfield, MA 02050.

4. ELI ADAMS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SCOTT B. ADAMS

c/o Law Office of Janet Strickland, P.A., 2340 Periwinkle Way, Suite J-1, P.O. Box 445, Sanibel, FL 33957-3220

5. LOUIS BACHETTI, INDIVIDUALLY

610 Clematis St., Unit 432, West Palm Beach, FL 33401.

6. JSJ AUCTIONS, LLC

c/o Officer, Managing or General Agent, 45 Exeter Road, P.O. Box 400, Epping, NH 03042.

7. CAROLYN K. COLE, INDIVIDUALLY

ColeMyers, PLLC, 18 Bank Street, Lebanon, NH 03766.

8. ELEANOR WM. DAHAR, INDIVIDUALLY

20 Merrimack Street, Manchester, NH 03101.

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re: Case No. 26−10757−KB
Chapter 13

Suzanne Mary Brown
Debtor(s).

Suzanne Mary Brown
Plaintiff

v. Adv. No. 26−01039−KB

Cornerstone Capital Strategies, LLC,
Adams Equity Partners, LLC,
Eli Adams,
Louis Bachetti,
JSJ Auctions, LLC,
Carolyn K. Cole and
Eleanor Wm Dahar
Defendant

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk, U.S. Bankruptcy Court
55 Pleasant Street, Room 200
Concord, NH 03301

At the same time, you must also serve a copy of the motion or answer upon the pro se plaintiff.

Name and address of pro se plaintiff: Suzanne Mary Brown
P.O. Box 253
Errol, NH 03579

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| U.S. Bankruptcy Court<br>55 Pleasant Street<br>Concord, NH 03301 | Courtroom: A<br>Date & Time: **November 18, 2026, at 1:30 P.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: September 14, 2026**

Kristie Trimarco
Clerk of Court
By: /s/ C. Craig
Deputy Clerk

Form CMpsum-329