FILED 2026 SEP 23 AM11:41
Clerk of the US Bankruptcy Court NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Suzanne M. Brown,
Debtor

Case No. 26-10757-KB
Chapter: 13

## CERTIFICATE OF SERVICE

I certify that on the date below I served copies of the foregoing filings:

1. Copy of summons and completed return of service
2. Request for summons completed form, D'Amico, Dube, Eustice
3. First Amended Complaint, including Declaration, and Exhibits
4. This Certificate of Service
5. ADVERSARY COVER SHEET

to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as indicated:[1]

Office of the United States Trustee, Andrew M. Dudley, Chapter 13 Trustee, PO Box 429,

Brunswick, ME 04011

I, Suzanne M. Brown, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.

Date: 9/21/26

Signature
Suzanne M. Brown
Print Name
Address: 114 Lake Umbagog
Errol, NH 03579
Tel. No. (603) 828-4860

[1] List the name(s) and address(es) of all parties to whom you sent the pleading(s). If service was other than by first class postage prepaid mail, clearly indicate the manner of service to each person or party (for example, via CM/ECF, Certified Mail, Returned Receipt Requested, etc.).