**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Suzanne Mary Brown,
Debtor

Bk. No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,
Plaintiff

Adv. No. 26-01039-KB

v.

Cornerstone Capital Strategies, LLC, et al
Defendants

**ORDER DENYING APPLICATION TO SET EMERGENCY HEARING**

On September 23, 2026, Debtor Suzanne Mary Brown (the "**Debtor**") filed an Application to Set Emergency Hearing for a Temporary Restraining Order and Preliminary Injunction (the "**Application**"). ECF No. 8. The Application requests that this Court hold a hearing on a Motion for Temporary Restraining Order and a Motion for Preliminary Injunction on an emergency basis. However, the Debtor's bankruptcy case was dismissed on September 21, 2026, and this adversary proceeding was dismissed on that same day. Accordingly, the Application is denied.

Date: 09/23/2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge